IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02156-RPM-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiffs,

v.

THOMAS M. PETERS,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's "Motion to Amend Complaint and Memorandum of Law in Support Thereof" (*doc. # 18)* is GRANTED.  Plaintiff's "Amended Complaint - Injunctive Relief Sought" *(doc no. 18-2)*, tendered to the court on December 17, 2009, is accepted for filing as of the date of this order.

**DATED:**    December 21, 2009