IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02156-RPM-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiffs,

v.

THOMAS M. PETERS and
CHRISTOPHER KRABACHER,

    Defendants.

_____

ORDER FOR DISMISSAL AS TO DEFENDANT THOMAS M. PETERS
_____

    Pursuant to the Stipulation for Voluntary Dismissal with Prejudice as to Defendant Thomas M. Peters [24], it is

    ORDERED that plaintiff's complaint against defendant Thomas M. Peters is dismissed with prejudice, each party to bear their own fees and costs.

    DATED: March 8th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge