IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02156-RPM-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiffs,

v.

THOMAS M. PETERS and
CHRISTOPHER KRABACHER,

    Defendants.

_____

ORDER FOR DISMISSAL AS TO DEFENDANT CHRISTOPHER KRABACHER
_____

Pursuant to the Stipulation for Voluntary Dismissal with Prejudice as to Defendant Christopher Krabacher [26], it is

ORDERED that plaintiff's complaint against defendant Christopher Krabacher is dismissed with prejudice, each party to bear their own fees and costs.

DATED: March 29th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge